UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PETER BELLARD,

                               Plaintiff,

        -against-

GFI BROKERS LLC,

                               Defendant.
-------------------------------------------------------------X

2013 Civ. 1772 (PGG)

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff Peter Bellard hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a) without prejudice.

Dated: New York, New York
           March 28, 2013

                                                                 David B. Wechsler, Esq.
                                                                  Todd Gutfleisch, Esq.
                                                                  Wechsler & Cohen, LLP
                                                                Attorneys for Defendant
                                                               17 State Street, 15th Floor
                                                                New York, New York 10004
                                                               (212) 847-7900

TO:    Lawrence Carnevale, Esq.
          Jeffrey Boxer, Esq.
          CARTER LEDYARD & MILBURN LLP
          *Attorneys for Plaintiff GFI Brokers, LLC*
          Two Wall Street
          New York, NY 10005